IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00052-F

| | |
|---|---|
| WILLIAM PICKETT, JR. and VALARIE J. PICKETT, Plaintiffs, | ) ) ) ) |
| v. | ) **ORDER** ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., Defendant. | ) ) ) ) |

This matter is before the court on Plaintiffs' Notice of Failure of Special Appearance Pursuant to Local Civil Rule 83.1(e) [DE-24], which the court construes as a motion to show cause why Defendant's attorney has failed to file a Notice of Appearance. The instant motion was filed on October 22, 2015. On October 23, 2015, Defendant's attorney filed a Notice of Appearance [DE-25]. Accordingly, Plaintiffs' Motion to Show Cause [DE-24] is DISMISSED as moot.

SO ORDERED.

This the 26 day of October, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge